FILED ___ ENTERED
___ LOGGED ___ RECEIVED

MAY 24 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **DAVID DOBBS** ("**DOBBS**") was a resident of Port Republic, Maryland.

On May 14, 2010, **DOBBS** made available through his password protected file share account, images and videos of child pornography and provided an undercover officer access to download these files. **DOBBS** made available 16 child pornography videos and three child pornography images that were transported to an undercover officer. Examples of the files are as follows:

* Pthc) 5Yo Lapsex-Full Cum shot into Her Little Slot (2006)(Billy bob): a video depicting a prepubescent female sitting with her anus exposed on the lap of an adult male with an erect penis. The adult male is lifting her dress and/or skirt up and she is nude. Initially the adult male attempts to insert his penis into her anus, and then turns her around to face the camera where her vagina is visible. The adult male then attempts to insert the tip of his penis into her vagina and touches her vagina with his fingers. The adult male eventually ejaculates on her

* Way inside a 9yo: a video depicting a prepubescent female lying on her back on a bed with her legs bent and an adult male is between her legs on his knees inserting his penis into her vagina. At the beginning of the video there are words in the upper left hand corner of the screen which state "STOP-IThURTS."

On September 13, 2010, **DOBBS** engaged in chat with an undercover officer on a file share program. During that chat he stated that he liked "girls around seven years old and up." **DOBBS** also provided the officer access to his folder containing images of child pornography. The officer downloaded ~~eight~~ two images of child pornography. Examples are as follows:

[handwritten: ASF/KD .two]

* 3.jpg: depicts a prepubescent female with her shirt off performing oral sex on an adult male.

* 0_89380200_1164731873.jpg: depicts a pubescent female sitting next a naked adult male with his penis on her chest.

During the September 13, 2010 conversation with the undercover officer, **DOBBS** attempted to download two files from the officer's folder. The files were titled as follows:

* 3yo fuck r@ygold preteen. mov

* 5yo fuck teen child sweet pthc tits diaperhussy r@ygold.avi

10

On April 13, 2012, pursuant to another investigation, **DOBBS** was interviewed by law enforcement. During the interview, **DOBBS** acknowledged d using one of the two screen names he chatted with during the officer's downloads in 2010. **DOBBS** also acknowledged he used the file share program the officer chatted with him on to share files. **DOBBS** stated that he had seen child pornography and probably had it on his computer. **DOBBS** advised that he no longer had the laptop that he used when sharing files in 2010.

Following the interview, **DOBBS'** residence was searched and a Toshiba laptop was seized as well as an SD card that was damaged and appeared to be pierced with a blunt instrument. Forensics identified child pornography on the Toshiba laptop in temporary internet files. The SD card contained approximately three videos and 30 images of child pornography. Examples are as follows:

- *   (pthc)(hussyfan)(kingpass)(Vicky)(lordofthering)(Moscow)(liluplanet)(nablot)(st Petersburg).avi: a video which depicts a nude, prepubescent female laying on her back on what appears to be a bed while an adult male inserts his penis inter her vagina.

- *   Leg-lift_fk.mpg: a video depicting a nude, prepubescent female standing with her right leg lifted and out to the side while a nude adult male laying on the floor inserts his penis into her vagina.

The images and videos depict real children engaged in sexually explicit conduct. The images downloaded onto the defendant's computer were transported through the Internet and therefore traveled in interstate commerce.

*   *   *

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

4-4-13
Date

_David Dobbs_ (signature)
David Dobbs

11